IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIC SIMS, individually and on behalf of all similarly situated persons, | |
| Plaintiff, | No. 1:25-cv-00407 |
| v. | Hon. Jeremy C. Daniel |
| THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC, | |
| Defendants. | |
| AMANDA BARE, and CHRISTINA HARTZELL, on behalf of herself and all others similarly situated, | |
| Plaintiffs, | No. 1:25-cv-00621 |
| v. | Hon. Jeremy C. Daniel |
| THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC, | |
| Defendants. | |
| KIMBERLEIGH DUFFIELD, on behalf of herself and all others similarly situated, | |
| Plaintiff, | No. 1:25-cv-00609 |
| v. | Hon. Jeremy C. Daniel |

1

| | |
|---|---|
| THE ALLSTATE CORPORATION,<br>ALLSTATE INSURANCE COMPANY,<br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY,<br>ARITY, LLC,<br>ARITY 875, LLC, and<br>ARITY SERVICES, LLC,<br><br>          Defendants. | |
| KAYTLIN ROQUE, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>      v. | No. 1:25-cv-00709<br><br>Hon. Jeremy C. Daniel |
| THE ALLSTATE CORPORATION,<br>ALLSTATE INSURANCE COMPANY,<br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY,<br>ARITY, LLC,<br>ARITY 875, LLC, and<br>ARITY SERVICES, LLC,<br><br>          Defendants. | |
| JAMES EPPLEY, JENNIFER MONILAW, and JACOB WINKELVOSS, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>      v. | No. 1:25-cv-00815<br><br>Hon. Jeremy C. Daniel |
| THE ALLSTATE CORPORATION,<br>ALLSTATE INSURANCE COMPANY,<br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY,<br>ARITY, LLC,<br>ARITY 875, LLC, and<br>ARITY SERVICES, LLC,<br><br>          Defendants. | |

| | |
|---|---|
| MICHAEL AZAR, on behalf of himself and all others similarly situated, | |
| Plaintiff, | No. 1:25-cv-00866 |
| v. | Hon. Jeremy C. Daniel |
| THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC, | |
| Defendants. | |
| JOSEPH JACKSON and RACHEL ZIMMERMAN, individually and on behalf of all similarly situated persons, | |
| Plaintiffs, | No. 1:25-cv-01472 |
| v. | Hon. Jeremy C. Daniel |
| THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC, | |
| Defendants. | |
| RITA STREIFEL, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. 1:25-cv-00940 |
| v. | Hon. Jeremy C. Daniel |
| THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | |

3

| | |
|---|---|
| ARITY, LLC,<br>ARITY 875, LLC, and<br>ARITY SERVICES, LLC,<br><br>        Defendants. | |
| MOLLY RAE ANDERSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>      v.<br><br>THE ALLSTATE CORPORATION,<br>ALLSTATE INSURANCE COMPANY,<br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br>ARITY, LLC,<br>ARITY 875, LLC, and<br>ARITY SERVICES, LLC,<br><br>        Defendants. | No. 1:25-cv-02102<br><br>Hon. Jeremy C. Daniel |
| DELIA ARELLANO, MATTHEW BAUMGARTNER, DARREN BRISSETT, DANNY CARROL, BRIANNA CLAY, TOYETTE FLOWERS, CHRISTOPHER FREEL, JADE GAMBLE, KIMBERLY KELLEY, DANIEL KILGO, SOFIA MALVAR, JAMES MCNEILL, DAVID MURRY, AMANDA QUAM, ANNETTE RASTRELLI, NICOLE REHFUSS, BILLY ROBINSON, DORIAN ROCHESTER, ROBERT SANGINITO, KAYLA SMITH, ROBERT SMITH, AUSTIN TOPCHI, TRACY TUPPER, JAMES WILLIAMS and EBONI WRIGHT, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>      v.<br><br>THE ALLSTATE CORPORATION,<br>ALLSTATE INSURANCE COMPANY, | No. 1:25-cv-01256<br><br>Hon. Jeremy C. Daniel |

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>              Defendants. | |
| MICHAEL MAHONEY and SCOTT SCHULTZ,<br><br>              Plaintiffs,<br><br>    v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>              Defendants. | No. 1:25-cv-01465<br><br>Hon. Jeremy C. Daniel |
| HEIDI FENTON and ASHIKA SINGH, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,<br><br>              Defendants. | No. 1:25-cv-01513<br><br>Hon. Jeremy C. Daniel |

| | |
|---|---|
| CHRYSTIE SEAY and VALENCIA TUCKER, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 1:25-cv-01744 |
| v. | Hon. Jeremy C. Daniel |
| THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to this Court's Order, Dkt. No. 27 in *Sims v. Allstate*, et al., 1:25−cv−00407, the Parties in the above-captioned cases hereby submit a Joint Status Report, as follows:

This Court stayed all responsive pleading deadlines in the above-captioned cases on March 3, 2025. *Id*. Thereafter, this Court took under advisement an unopposed motion to consolidate cases and appoint interim class counsel, filed by Plaintiffs Sims, Duffield, Bare, Roque, Eppley, Azar, Streifel, Arellano, Jackson, Mahoney and Seay.[1] Dkt. Nos. 20, 26 in *Duffield v. Allstate, et al.*, 1:25-cv-00609 (motion and hearing). The Court indicated it would solicit objections before ruling on such motion. Dkt No. 26 in *Duffield v. Allstate, et al*., 1:25-cv-00609. The seven-day window to submit objections closed on March 26, 2025, with no objections received. *Id*. The Court has not ruled on the motion, which remains pending.

---

[1] These Plaintiffs represent the following actions: No. 25-cv-00407, No. 25-cv-00609, No. 25-cv-00621, No. 25-cv-00709, No. 25-cv-00815, No. 25-cv-00866, No. 25-cv-00940, No. 25-cv-01256, No. 25-cv-01465, No. 25-cv-01472, and No. 25-cv-01744.

6

If the motion is granted, Plaintiffs intend to file a consolidated complaint. The Parties anticipate that, after filing the consolidated complaint, they will also submit a proposed schedule relating to Defendants' anticipated response to the Complaint.

Dated: April 4, 2025

Respectfully submitted,

*Counsel for Plaintiffs and the Putative Class*

<u>/s/ Gary M. Klinger</u>
Gary M. Klinger (IL Bar No. 6303726)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

<u>/s/ John A. Yanchunis</u>
John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
jyanchunis@ForThePeople.com

<u>/s/ Robert A. Clifford</u>
Robert A. Clifford
Shannon McNulty
**CLIFFORD LAW OFFICES, P.C.**
120 North LaSalle Street 36th Floor
Chicago, IL 60602
Telephone: 312-899-9090
rac@cliffordlaw.com
smm@cliffordlaw.com

<u>/s/ Tina Wolfson</u>
Tina Wolfson
**AHDOOT & WOLFSON PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111

Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com

*/s/ Lesley E. Weaver*
Lesley E. Weaver (*pro hac vice* forthcoming)
lweaver@bfalaw.com
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

*/s/ Sabita J. Soneji*
Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
1970 Broadway
Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
ssoneji@tzlegal.com

*/s/ Adam E. Polk*
Adam E. Polk
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Apolk@girardsharp.com

*/s/ Julian C. Diamond*
Julian C. Diamond
**BURSOR & FISHER PA**
1330 Avenue Of The Americas
32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
jdiamond@bursor.com

*/s/ Daniel O. Herrera*
Daniel O. Herrera
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880

Facsimile: (312) 782-4485
dherrera@caffertyclobes.com

*/s/ Adele Daniel*
Adele Daniel
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-1900
adaniel@kellerrohrback.com

*/s/ Jeff Ostrow*
Jeff Ostrow (admitted *pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: 954-332-4200
ostrow@kolawyers.com

*/s/ Thomas E. Loeser*
Thomas E. Loeser (admitted *pro hac vice*)
**COTCHETT PITRE & McCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephones: (206) 970-8181
tloeser@cpmlegal.com

*/s/ Rebecca Solomon*
Rebecca Solomon (admitted *pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 5th Avenue, Suite 1700,
Seattle, WA 98101
Telephone: 206.667.0249
rsolomon@tousley.com
Additional Counsel for Plaintiffs

*Counsel for Defendants*

*/s/ David A. Gordon (w/ permission)*
David A. Gordon
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dgordon@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**