IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**IN RE: ALLSTATE & ARITY CONSUMER PRIVACY LITIGATION**

**Master Docket No. 1: 25-cv-00407**

Hon. Jeremy C. Daniel

**PLAINTIFF'S NOTICE OF CONSENT TO DEFENDANTS' ALTERNATIVE MOTION TO STAY**

Plaintiff Frederick Allman files this Notice to inform the Court that he has dropped his objection to Defendants' alternative Motion To Stay (Docket Entry #53). Defendants correctly represented to the Court that plaintiff Allman did not object to their Motion To Consolidate, but opposed their request that, in the alternative, this Court stay the *Allman* matter. Having now seen Defendants' motion and further understanding that Defendants plan on filing an omnibus motion to dismiss, plaintiff Allman agrees that, if the Court does not consolidate this matter that a stay order is appropriate and an efficient use of judicial resources.

DATED: 7.9.2025.

Respectfully submitted;

*/s/ Jordan M. Lewis*
Jordan M. Lewis (admitted *pro hac vice*)
JORDAN LEWIS, P.A.
4473 N.E. 11th Avenue
Fort Lauderdale, Florida 33334

Tel.: 954.616.8995
Fax: 954.206.0374
Email: jordan@jml-lawfirm.com

Jamie S. Franklin (Bar #6242916)
Law Offices of Chicago-Kent
565 W. Adams St., Suite 600
Chicago, IL 60661
Tel.: 312.906.5048
Email: jfranklin5@kentlaw.iit.edu

Eric Ballou, #40163
THE FRICKEY LAW FIRM, P.C.
940 Wadsworth Boulevard
Suite 400
Lakewood, Colorado 80214
Tel.: 303.237.7373
Fax: 303.233.7313
Email: eballou@frickey.com

*Attorneys for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Jordan Lewis*